IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAN-U SERVICE CONTRACT TRUST FUND, *

        Plaintiff

                           *

v.                                  *        C.A. No. WMN-01-CV-3173

SPECTACULAR CLEANING        *

        Defendant               *

ORDER

Upon consideration of the defendant's Motion for Enlargement of Time to File Answer, and the plaintiff's consent thereto, it is this 21st day of November, 2001,

ORDERED, that the defendant's motion BE and the same hereby IS GRANTED, and the defendant has until December 10, 2001, to file its answer to the plaintiff's Complaint.

                                                                Judge, U.S. District Court for the
                                                                District of Maryland

LAW OFFICES
VERDERAIME
& DUBOIS, P.A.
1231 N. CALVERT STREET
BALTIMORE, MD 21202
(410) 752-8888