LAW OFFICES
# MARKOWITZ & RICHMAN
1100 NORTH AMERICAN BUILDING
121 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19107

(215) 875-3100
TELECOPIER (215) 790-0668
DIRECT DIAL

215-875-3132

RICHARD H. MARKOWITZ *
STEPHEN C. RICHMAN *
PAULA R. MARKOWITZ
QUINTES D. TAGLIOLI
JONATHAN WALTERS *+
ANTHONY C. BUSILLO II
THOMAS H. KOHN ***
RUTH SKOGLUND
R. MATTHEW PETTIGREW, JR. **
PETER H. DEMKOVITZ †
CHARLES F SZYMANSKI +
NANCY A. WALKER

* ALSO ADMITTED IN NEW YORK AND DISTRICT OF COLUMBIA
+ ALSO ADMITTED IN NEW JERSEY
++ ALSO ADMITTED IN DISTRICT OF COLUMBIA
** ALSO ADMITTED IN NEW JERSEY AND NEW YORK
*** ALSO ADMITTED IN VIRGINIA AND DISTRICT OF COLUMBIA

ALLENTOWN OFFICE
SUITE 200 COMMONWEALTH BLDG
512 HAMILTON STREET
ALLENTOWN, PA 18101-1505
(610) 820-9531

NEW JERSEY OFFICE
211 KINGS HIGHWAY EAST
HADDONFIELD, NJ 08033
(856) 616-2930

NEW YORK OFFICE
880 THIRD AVENUE
NINTH FLOOR
NEW YORK, NY 10022
(212) 752-6761

HARRISBURG OFFICE
27 SOUTH ARLENE STREET
P.O. BOX 6865
HARRISBURG, PA 17112-6865
(717) 541-9475

April 17, 2002

VIA FAX and OVERNIGHT DELIVERY

Hon. William M. Nickerson
United States District Judge
Suite 330
101 West Lombard Street
Baltimore, MD 21201

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____
APR 18, 2002
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Re: Man-U Service Contract Trust Fund v. Spectacular Cleaning
U.S.D.C., District of Maryland, Civil Action, No. WMN-01-3173

Dear Judge Nickerson:

This law firm represents the plaintiff in the above-referenced action. Please consider this letter to be a joint request for a thirty-day extension of the discovery deadline, the time for submitting a status report, and the dispositive motion deadline. Presently, discovery is scheduled to end and the status report is due to be submitted on April 19, 2002. The dispositive motion deadline is May 20, 2002.

This request is being made because plaintiff's discovery was inadvertently sent to the defendant's attorney, Neil Bixler, at his former address, and the parties did not realize until very recently that Mr. Bixler did not receive the discovery. There have been no prior requests for an extension of the Court's scheduling order.

Thank you for your consideration of this request.

Very truly yours,

R. Matthew Pettigrew

R. Matthew Pettigrew, Jr.

cc: Neil J. Bixler, Esquire

APPROVED "THIS 18th DAY
OF April, 2002

_____
UNITED STATES DISTRICT JUDGE