W26-MANU-47

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAN-U SERVICE CONTRACT TRUST FUND<br>4600 Powder Mill Road<br>Suite 100<br>Beltsville, MD 20705-2675<br><br>v.<br><br>SPECTACULAR CLEANING<br>1340 H. Charwood Road<br>Hanover, MD 21076 | C.A. No.: WMN-01-3173 |

## AGREED ORDER OF DISMISSAL

The parties have advised the court that they have reached a mutual agreement with respect to the issues before this court, and now jointly move this court to dismiss this action with prejudice.

The parties have advised this court that they have reached agreement that defendant shall make payment to plaintiff in the amount of $17,611.00. Payments shall be made to plaintiff in four (4) equal monthly payments, in the amount of $4,402.75 effective May 15, 2002 and by the 15th day of each of the next three (3) months thereafter.

The Court, deeming it appropriate to do so, does hereby grant the joint motion of the parties to dismiss this civil action with prejudice. Accordingly, it is ORDERED, ADJUDGED and



DECREED that the civil action is hereby dismissed with prejudice, as compromised, agreed and settled upon the terms as set forth herein.

The clerk is directed to mail a true copy of this Order to all counsel of record.

ENTERED on this 7th day of May, 2002.

_____ J.

Presented by:

MARKOWITZ & RICHMAN

By: _____
Stephen C. Richman, Esquire
MD Federal Bar #09943
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
(215) 875-3114
    Attorney for Plaintiff, MAN-U
    Service Contract Trust Fund

MICROFILMED
MAY - 7 2002

SUMMERFIELD, WILLEN, SILVERBERG & LIMSKY

By: _____
Neil J. Bixler, Esquire
10019 Reisterstown Road
Suite 302 301
Owings Mills, MD 21117
(410) 363-4444
    Attorney for Defendant,
    Spectacular Cleaning